CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEPT 06 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ADOLPH FEGGANS,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:03CV00102<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on counsel for Plaintiff's August 8, 2006 motion for award of an attorney fee in accordance with a twenty-five percent (25%) contingent fee contract between Plaintiff and counsel and pursuant to § 206(b) of the Social Security Act, 42 U.S.C. §406(b). Counsel requests an award of Three Thousand, three hundred fifty-four and 35/100 dollars ($3,354.35) in attorney's fees, which represents 25% of the Social Security Administration's award to Plaintiff and his minor child of past due benefits.

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. After a review of record, and no objection having been filed to Judge Crigler's Report recommending payment of the fee in full, it is ORDERED that the Report and Recommendation of the United States Magistrate Judge filed August 18, 2006 hereby is ADOPTED in its entirety, and it is ORDERED that C. Cooper Geraty, Esq. be awarded $3,354.35 under § 206(b) of the Social Security Act, 42 U.S.C. §406(b).

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all

counsel of record.

ENTERED: *Norman K. Moon*
U.S. District Judge

9/6/06
Date